

# LEE COUNTY SHERIFF'S OFFICE

FOREIGN-OUT OF STATE

I.D. Number: 1
Court Number: 16L399
Process Number: 160019656

| LAURA HARTMAN | Plaintiff vs Defendant | FORT MYERS TRUCKING INC |
|---|---|---|
| SERVE<br>FORT MYERS TRUCKING INC (430555)<br>407 SW PINE ISLAND RD<br>CAPE CORAL, FL, 33991 | SUMMONS (LAWSUIT), COMPLAINT | Fee: $80.00<br>MCGLYNN & MCGLYNN<br>116 SOUTH CHARLES ST<br>BELLEVILLE, IL 62220 |

Received this process on the 8th day of August, 2016 and posted/served/non-served the same on FORT MYERS TRUCKING INC, the within named DEFENDANT on the ___ day of _____ 20__. Time: _____ AM PM, in Lee County, Florida.

### INDIVIDUAL SERVICE

____ By delivering to the within named DEFENDANT a true copy of this process with the date and hour of service endorsed thereon by me, and at the same time I delivered to the within named DEFENDANT a copy of Plaintiff's initial pleading as furnished by the Plaintiff-petitioner.

### SUBSTITUTE SERVICE

__✓__ By leaving a true copy with a member of the household then and there residing above the age of 15 years to wit: _____ and informing such person of contents thereof.

### CORPORATE SERVICE

____ By delivering a true copy of the process with the date and hour endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer as defined in F.S.48.061 or 48.091.

### POSTING

____ By attaching a true copy of this process with the date and hour of service endorsed thereon by me, together with a copy of the Complaint or Petition to a conspicuous place on the property described within. The above named DEFENDANT could not be found, and there was no person at the DEFENDANT's usual place of abode 407 SW PINE ISLAND RD, CAPE CORAL, FL 33991 in Lee County, Florida, above the age of 15 years upon whom service could be made.

Comments: _____

Executed on _____ Non-executed on _____ for above stated reason.

Attempts made for Service:
Date: _____ Time: _____
Date: _____ Time: _____
Date: _____ Time: _____

MIKE SCOTT, SHERIFF
LEE COUNTY, FLORIDA
By _____
Deputy Sheriff/T.D.S.

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number 16-L- 399

Amount Claimed Excess $50,000.00

| LAURA HARTMAN and EMILY HARTMAN | RAFAEL RUEDA and FORT MYERS TRUCKING, INC. |
|---|---|
| Plaintiff(s) | VS Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. Michael L. McGlynn (6188495)   Code _____
Address 116 So. Charles Street
City Belleville IL. 62220   Phone _____
Add. Pltf. Atty. 618-234-8800   Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME    FORT MYERS TRUCKING, INC.
        Manuel J. Criollo
ADDRESS 407 SW Pine Island Road

### SUMMONS COPY

To the above named defendant(s)......:

CITY & STATE Cape Coral, FL. 33991

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☐ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 7-29-20 16

Clerk of Court
BY DEPUTY: _____

SEAL

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a)– (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ .......... $ _____ |
| Total ........................ $ _____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____ County

_____, Deputy

STATE OF ILLINOIS
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

LAURA HARTMAN and EMILY HARTMAN,

　　　　Plaintiffs,

v.                                                                NO.  16-L-399

RAFAEL RUEDA and FORT MYERS TRUCKING, INC.,

　　　　Defendants.

## COMPLAINT

Now come Plaintiffs, LAURA HARTMAN and EMILY HARTMAN, by their attorney, Michael L. McGlynn, and state:

### COUNT I – Laura Hartman-Negligence

1. At all times relevant, Plaintiffs Laura Hartman and Emily Hartman, are residents of Swansea, St. Clair County, Illinois, and are mother and daughter.

2. At all times relevant, Rafael Rueda is a resident of Texas and an agent for Fort Myers Trucking, Inc.

3. At all times relevant, Fort Myers Trucking, Inc., was a corporation located at Cape Coral, Florida.

4. On August 2, 2014, Michael S. Hartman was operating his 2008 White Chevrolet Truck on Interstate 57 in Illinois, with his wife, Laura, and daughter, Emily, as passengers.

5. At said time and place, Rafael Rueda was operating a 1999 Maroon Freightliner Truck NO. 6807, with a Silver 2008 Fontaine Trailer No. 400, USDOT

1

#725730, with Texas Registration #X71087, registered to Fort Myers Trucking, Inc., in front of Michael S. Hartman's vehicle.

6. At said time and place, Rafael Rueda's trailer flatbed lost part of its load on the Interstate causing a heavy piece of the load to strike and become stuck in the windshield of the Hartman vehicle, partially caving in the windshield and severely cracking it. As the windshield shattered, glass shards struck Laura and Emily and as Emily moved in the car, the glass shards cut into her legs and back.

7. Defendants' Rafael Rueda and Fort Myers Trucking, Inc. were negligent in properly securing the load. Defendants' conduct was willful and wanton.

8. By reason of the foregoing negligence, Laura Hartman has sustained damages for past and future medical bills, pain and suffering, disfigurement, disability, post-traumatic stress, loss of enjoyment of life, all to her damage in an amount exceeding $50,000.00.

Wherefore, Plaintiff, LAURA HARTMAN, prays for judgment against Defendants, RAFAEL RUEDA and FORT MYERS TRUCKING, INC., for an amount exceeding $50,000.00, plus costs and such other relief as the Court deems proper.

## COUNT II – Emily Hartman-Negligence

1. At all times relevant, Plaintiffs Laura Hartman and Emily Hartman, are residents of Swansea, St. Clair County, Illinois, and are mother and daughter.

2. At all times relevant, Rafael Rueda is a resident of Texas and an agent for Fort Myers Trucking, Inc.

3. At all times relevant, Fort Myers Trucking, Inc., was a corporation located at Cape Coral, Florida.

4. On August 2, 2014, Michael S. Hartman was operating his 2008 White Chevrolet Truck on Interstate 57 in Illinois, with his wife, Laura, and daughter, Emily, as passengers.

5. At said time and place, Rafael Rueda was operating a 1999 Maroon Freightliner Truck NO. 6807, with a Silver 2008 Fontaine Trailer No. 400, USDOT #725730, with Texas Registration #X71087, registered to Fort Myers Trucking, Inc., in front of Michael S. Hartman's vehicle.

6. At said time and place, Rafael Rueda's trailer flatbed lost part of its load on the Interstate causing a heavy piece of the load to strike and become stuck in the windshield of the Hartman vehicle, partially caving in the windshield and severely cracking it. As the windshield shattered, glass shards struck Laura and Emily and as Emily moved in the car, the glass shards cut into her legs and back.

7. Defendants' Rafael Rueda and Fort Myers Trucking, Inc. were negligent in properly securing the load. Defendants' conduct was willful and wanton.

8. By reason of the foregoing negligence, Emily Hartman has sustained damages for past and future medical bills, pain and suffering, disfigurement,

disability, post-traumatic stress, loss of enjoyment of life, all to her damage in an amount exceeding $50,000.00.

Wherefore, Plaintiff, EMILY HARTMAN, prays for judgment against Defendants, RAFAEL RUEDA and FORT MYERS TRUCKING, INC., for an amount exceeding $50,000.00, plus costs and such other relief as the Court deems proper.

          Respectfully submitted,

          */s/ Michael L. McGlynn*
          Michael L. McGlynn (IL# 6188495)
          116 South Charles Street
          Belleville, IL 62220
          T: (618) 234-8800
          F: (618) 234-8813
          MMcGlynn@mcglynnandmcglynn.com

Attorney for Plaintiffs

STATE OF ILLINOIS
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LAURA HARTMAN and EMILY HARTMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 16-L-399 |
| ) | |
| RAFAEL RUEDA and FORT MYERS TRUCKING, INC., ) | |
| ) | |
| Defendants. ) | |

FILED ST. CLAIR COUNTY JUL 29 2016

## AFFIDAVIT

COMES NOW Michael L. McGlynn, attorney for the Plaintiffs in the above-entitled action, and at the time of filing of this Complaint has reasonable grounds to believe that the damages to each Plaintiff, Laura Hartman and Emily Hartman, herein are in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

Michael L. McGlynn (IL# 6188495)
McGlynn & McGlynn
116 South Charles Street
Belleville, IL 62220
T: (618) 234-8800
F: (618) 234-8813
MMcGlynn@mcglynnandmcglynn.com

Attorneys for Plaintiff